Exhibit A to the Complaint

**Location:** Pine Brook, NJ  
**Total Works Infringed:** 25  
**IP Address:** 108.53.240.223  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C06BE5AD424DEAEEF37D595614E9A58994A24D7D<br>File Hash:<br>87207896853FC7878F0A1A4855F64EAA036DFF4990658ADA4F201B5BF29BF304 | 08-19-2023 00:20:26 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 2 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash:<br>D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08-18-2023 23:24:41 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 3 | Info Hash: 4A852574E0902D24F81F0D08EDFA788F2A6F6C04<br>File Hash:<br>A27EDF2F372FAC60C7B37B90E6265F49C6483CD1B0AF61223B8C95E7C994993F | 08-10-2023 22:15:13 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 4 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash:<br>6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 07-22-2023 00:40:56 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 5 | Info Hash: 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7<br>File Hash:<br>52EDB908CC74DE921A210770E7B1CE52354936A1DB6F171466EC74F6AA49B8C5 | 05-13-2023 18:45:04 | Blacked | 08-08-2018 | 09-01-2018 | PA0002119598 |
| 6 | Info Hash: 4985301D5D4AEAE558E8D7676C69BF58D0163837<br>File Hash:<br>06AC9F9912C62D76FFCB234A4EF21E94F42E28816D32958C9E40AD12A5EE4E65 | 05-13-2023 18:44:30 | Tushy | 05-21-2019 | 06-17-2019 | PA0002181294 |
| 7 | Info Hash: C8FF847908D130C6C3E87A97BEDD88F0CA1ED59D<br>File Hash:<br>F246A8043D601F8511839CDA882002B70D86CB56F39A4159E15C6752C7B8F558 | 05-01-2023 00:34:37 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 8 | Info Hash: AB2C0AC43E536B2195555F021C1DDDA642AB8E0F<br>File Hash:<br>3E8089AF9B10BCE9B5073612DF72A785031B421F692353562F8C0EE35400366C | 03-03-2023 22:22:08 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 9 | Info Hash: A14023846EED88AF95F2AF76BD1D5A5E90CC920D<br>File Hash:<br>B960E455DB5743B61019D1F2991B3E39B5655415FE98C81E642B61C3E14B3CFC | 02-25-2023 19:09:38 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 10 | Info Hash: 78D6507E6AC2F97007D9B87170692852F4F3658D<br>File Hash:<br>82CC8B7E9DB91DC507B29304294C5AFA9D9851A17B02C2485D96DE33D45CF9A9 | 02-02-2023 19:36:46 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 11 | Info Hash: E80E7668A26EF21AF75D05659E7B948F8E811308<br>File Hash:<br>0E35ECBD4A0BD4FEBB7993D328346860F3346292B7311E7D9D68DE7CB0174EF9 | 02-02-2023 19:12:55 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 01-19-2023 21:37:23 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 13 | Info Hash: 37770327DE41D6F5F726FC58C981CC38141CF53B<br>File Hash: B9F735E843925DE5C30DFFC2514755A4ABBCD41171A56EADB99DA022453CEF9F | 12-24-2022 01:40:34 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 14 | Info Hash: 70F85629A995E2934F66A91B25DFEB54DB07C4FE<br>File Hash: EBA7009E2D6678911F0EC7BC4896E6707202F6BFAB30CD1F81B996E1D1E98058 | 12-18-2022 22:07:20 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 15 | Info Hash: 47AD03C8D52ABE80EACBC45DFE19920690847495<br>File Hash: D385563492370281E9B99763CAB97C873EC2B1A0F4E90BE5B28C206EDC252A43 | 12-09-2022 22:07:38 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 16 | Info Hash: 7A1184CDBB419B7045A3440659BCF4DD6F483F03<br>File Hash: 4391980CDBE9BE2922E11B71DFBDB6BFED7B53B04BC7BF6DE1254B0C544A8675 | 12-05-2022 22:37:37 | Tushy | 01-30-2022 | 03-04-2022 | PA0002345788 |
| 17 | Info Hash: 2FCBD1C3933C171D375EC8699D1FDE9EA1DA6C10<br>File Hash: 68210442F19631B56C7724F6E921FFB48D663BD863DECF01943DCB7CB59A8AC2 | 12-04-2022 16:19:22 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 18 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 11-11-2022 18:29:22 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 19 | Info Hash: 948888591A89B2575A003A0E11EFE55F3E612975<br>File Hash: CF3193533855EBF8CFA414722C2A86AA92D59B70489CC5FAE7B8721A23CACEDE | 11-02-2022 23:47:45 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 20 | Info Hash: 9E3B4B439245DC0F4042F4B6E2E9FCC3DCEF4FAC<br>File Hash: E056F23FC18FD619FAB77194358954804794BDF1A173CF9D4C1A22F94D178C2B | 10-17-2022 22:09:02 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 21 | Info Hash: 1C6FD5AFF214DEF64EA9CC1B267EC4BFB621C526<br>File Hash: 45F7A92C8D019D86E769C05E26C595717053EFFA9647B73924BB62EEB81A2A14 | 10-17-2022 20:58:34 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 22 | Info Hash: 5CF4701BD17EF93D509C23AA2C596BC0533C9D35<br>File Hash: B56DAC116CF48500050C137C439D5CE41E8261370837AD3F4132B35F271BDFBF | 10-17-2022 20:38:15 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 23 | Info Hash: 500B18007D8696E0B35D5053E8DFD82BFA02D285<br>File Hash: 7C2D3414523579E0731F54BA432EA979B0B5D02C87CDC4101CFF4972C369D619 | 10-01-2022 20:22:12 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 09-26-2022 01:35:53 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 25 | Info Hash: 48338CA5837B1962CCF0EE7ABCF1C3DDADCCCA0B<br>File Hash:<br>AC7243FE20BFB07C9A63EF2302B32298B9EECD21BC8B32427B696923BF4016DB | 09-16-2022 01:11:20 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |