**Location:** Pine Brook, NJ  
**Total Works Infringed:** 25

**IP Address:** 108.53.240.223  
**ISP:** Verizon Fios

| PA Number | Dockets |
|---|---|
| PA0002296917 | 21-17872;21-16667;22-05996;22-03364;22-01951;21-13453;22-07577;22-00332;22-01954;22-00341;21-13456;22-00324;22-05984;21-13448;22-03362;21-15681;22-00340;21-20540;21-15687 |
| PA0002253098 | 21-10800;20-20186;20-20187;20-14322;20-14327;22-05996;22-05993;21-20524;21-18175;21-13457;21-12780;21-00593;20-20184;22-07300;21-20525;22-04427;21-11418;21-10801;21-13415;21-03086;20-20173;20-14324;21-11420;21-15686;21-10434;20-20189;21-10437;21-00588;20-20172;20-14418;20-14321;21-12779;21-12772;21-16668;21-15638;21-10375;23-02786;21-03080;20-14416;21-10805;21-06143;21-00545;21-00543;22-07578;21-10807 |
| PA0002425525 | None |
| PA0002405752 | 23-02785;23-02788;23-02155;23-02802;23-04008;23-02801 |
| PA0002119598 | 18-16595;19-00908;18-17608;19-14076;19-06472;18-16578;19-14074;19-06492;19-00902;18-16587;18-16586;19-14011;19-00907;19-00900;18-16594;18-17593;19-14003;18-16573;18-14135;18-14132;20-14329;19-10252;19-06480;18-14118;22-01077;21-10439;20-10179;19-14086;18-17615;18-14137;20-10185;18-17605;18-16566;18-14122;21-15072;18-16574;18-14133;22-05998;19-16096;22-01952;18-16580 |
| PA0002181294 | 21-10800;20-12958;22-06005;20-10223;20-14325;22-05998;20-10201;19-16099;19-16098;19-16096 |
| PA0002378449 | 23-01403;23-02151 |
| PA0002384751 | 23-02785;23-00255;23-01402;22-07576;23-02146;22-07583;23-00259;23-02149;23-02154;23-04007;23-00247;23-00239;23-00242 |
| PA0002373763 | 22-07298;22-07576;23-01413;22-06003;23-00720;22-07575;22-06001;23-04006 |
| PA0002400310 | 23-01402;23-02797;23-01413;23-01433;23-01428;23-02143;23-01403;23-03353;23-01411 |
| PA0002346428 | 23-02150;23-00241;22-04882;22-03364;22-04432;23-02802;22-06005;22-02696;22-07304;22-07573;22-04421;22-03367;22-02690;22-03362;22-07578 |
| PA0002101766 | 20-12955;18-12605;18-02848;21-10435;19-06472;18-10629;18-05615;18-02630;18-02621;18-02557;22-05985;22-05993;18-12602;18-10620;20-10226;19-10275;18-17617;18-10635;18-05577;18-17593;18-14114;18-14125;18-12596;18-10632;18-02546;22-04427;18-14123;18-14118;18-02637;18-02633;18-02625;23-02143;18-16585;18-05619;18-05583;22-06005;21-13459;19-10267;18- |

| PA Number | Dockets |
|---|---|
|  | 14140;18-12606;22-06001;18-14120;18-02624;18-02548;21-20519;18-08432;18-02672;18-10637;18-02853;18-02852;18-02840;21-20520;18-08437;21-03080;18-05622;18-05616;18-05581;18-02631;19-14079;19-10227;18-14134;18-05580;18-17596 |
| PA0002296921 | 22-07324;21-17869;23-00240;22-05993;22-07583;22-00332;22-02685;22-01954;22-01103;21-15077;22-07304;21-19868 |
| PA0002350382 | 22-05986;22-05993;22-07295;23-03354;22-05987;22-04425;22-03367 |
| PA0002389591 | 23-00243;23-00246;23-02797;23-00704;23-00245;23-01403;23-02154;23-00720;23-00247;23-00703;23-00239;23-00242;23-04006 |
| PA0002345788 | 22-07324;22-05988;22-05993;22-02693;22-03363;22-06000;22-05987;23-04007;22-07328 |
| PA0002345787 | 23-00258;22-02730;22-04430;23-00710;22-05432;22-02696;22-07304;22-02686 |
| PA0002188300 | 21-10800;20-20186;21-20537;20-10180;21-20543;20-14419;21-20525;21-10430;21-03089;21-13415;20-20180;22-06005;21-13459;22-04425;20-10206;20-14413;20-12956;22-05998;20-10201 |
| PA0002394017 | 23-02149 |
| PA0002282501 | 21-16667;21-10796;22-05992;21-20524;21-11423;21-15685;22-01094;22-02730;21-20525;21-17871;22-07327;21-10801;21-15642;21-13418;22-00341;22-02691;21-10369;21-12779;21-12772;22-04883;21-10431;21-10807 |
| PA0002378073 | 23-00706;23-00716;23-01427;23-00704;22-07322;23-02800;23-00263;23-00261;22-07589;22-07295;23-02145;23-01425;23-00717;23-03349;22-07579;22-07575;23-01404;23-01412;23-00242;22-07580;22-07303;23-00262;22-07301 |
| PA0002367717 | 22-05992;23-02146;23-00704;23-00721;22-05431;22-06002;22-06003;23-02802;22-06005;22-07580;22-05433 |
| PA0002350388 | 23-01413;22-06005;22-04886;22-05984;22-05989;22-04421 |
| PA0002112155 | 19-16184;19-00910;18-12612;19-10229;19-06472;19-14007;19-10236;22-04889;19-14072;18-17592;18-14114;18-12592;22-07300;20-20176;20-12954;19-14075;18-16573;18-14123;18-14118;18-16585;18-12590;19-13999;19-10261;21-12773;21-10797;19-14014;18-17595;18-16563;18-16562;18-16574;18-14133;20-10202;19-10258;18-16576 |
| PA0002367746 | 23-00243;23-02146;23-01413;23-00704;23-02155;22-06004;22-07296;22-07585;22-05431;23-00245;22-06003;23-01434;22-06005;22-05432;22-07320 |